IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEON JOINER, JR.,                    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )      CIVIL ACTION FILE
                                     )      NO: _____
BNSDA, INC., UNITED                  )
FINANCIAL CASUALTY                   )
COMPANY, GARCIA UNZUETA              )
and ABC CORPORATIONS                 )
1-99,                                )
                                     )
            Defendants.

## PETITION FOR REMOVAL

TO:   The Judges of the United States District Court, Northern District of Georgia

The Petition of Defendants BNSDA, INC., UNITED FINANCIAL CASUALTY COMPANY, AND GARCIA UNZUETA, respectfully show the Court as follows:

1.

A civil action has been brought against Defendants BNDSA, Inc., United Financial Casualty Company, and Garcia Unzueta (improperly named whose proper name is Armando Garcia Unzueta, hereinafter referred to as "Unzueta") in the State Court of Dekalb County, Georgia, being Civil Action No. 21A03541, wherein Plaintiff Ricky Lee seeks recovery of damages in excess of $75,000.

2.

The Plaintiff is now, was at the time of the commencement of this action, and at all times since has been a citizen and resident of the State of Georgia.

3.

Defendant Unzueta, is now, and was at the time of the commencement of this lawsuit, and at all times a citizen of the State of California and resides in California at 340 Cleveland Avenue, Sacramento, California 95833.

4.

The Defendant BNSDA, Inc., is now, and was at the time of the commencement of this lawsuit, and at all times since a resident of the state of California. The corporation is registered under the laws of California with its principal address at 8534 Thornbury Drive, Antelope, CA 95843

5.

The Defendant United Financial Casualty Company is now, and was at the time of the commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the State of Ohio, having its principal office located at 6300 Wilson Mills Road, Mayfield Village, OH 44143.

6.

Under 28 U.S.C. § 1441(b), the citizenship of ABC Corporation defendants is disregarded.

7.

These Defendants attach copies of the following documents that were filed with the State Court of Fulton County:

Exhibit A    Summons' and Complaint;

Exhibit B    Answer of Defendants

Exhibit C    Jury Demand; and

Exhibit D    Defendant's Requests to Admit to Plaintiff

Exhibit E    Defendant's Interrogatories to Plaintiff

Exhibit F    Defendant's Request to Produce to Plaintiff

Exhibit G    Plaintiff's Responses to Requests to Admit

Exhibit H    Plaintiff's Responses to Interrogatories

Exhibit I    Plaintiff's Responses to Requests to Produce

8.

In Plaintiff's *Complaint **for Damages***, which was filed in the State Court of Dekalb County on July 29, 2021 and served upon the Defendants, Plaintiff asserts that he is entitled to recover all elements of damages, "including, but not limited to: Personal injuries; All elements of past, present and future pain and suffering, both mental and physical; Permanent Injury; Past and future medical and incidental expenses; Lost wages; and Lost earning capacity." Paragraph 75, Plaintiff's Complaint.

9.

As defendants had no information regarding Plaintiff's alleged damages, defendants served on Plaintiff Interrogatories, Requests to Produce and Requests to Admit.

10.

On May 16, 2022, Plaintiff filed responses to Defendants' discovery. Plaintiff was asked the following Requests to Admit:

1. Please admit that the Plaintiff's sum total of damages arising out of the subject occurrent of October 27, 2020 are in excess of $75,000.00.

2. Please admit that the Plaintiff's special damages claim arising out of the subject occurrent of October 27, 202 are in excess of $75,000.00.

3. Please admit that the Plaintiff's general damages claim arising out of the subject incident of October 27, 2020 are in excess of $75,000.00.

11.

To questions 1 and 3 plaintiff responded: "Admitted." To question 2, plaintiff responded: "Admitted, to the best of Plaintiff's information and belief."

12.

Now within thirty (30) days after receipt of Plaintiff's responses to Requests to Admit claiming special and general damages in excess of $75,000, the Defendants hereby remove the within action to the U.S. District Court for the Northern District

of Georgia, Atlanta Division pursuant to 28 U.S.C. § 1446(b).

11.

This action could have originally been brought in this Court under 28 U.S.C.§ 1332, in that it is a civil action wherein the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and cost, and there is diversity of citizenship between the parties.

12.

As between the Plaintiff and all Defendants there exists complete diversity of citizenship under 28 U.S.C. § 1332(a).

13.

Pursuant to 28 U.S.C. § 1441, et seq., this action is now removable by reason of diversity of citizenship, there being more than $75,000.00 in controversy, exclusive of interest and costs.

14.

Defendants BNSDA, Inc., United Financial Casualty Company, and Garcia Unzueta will file a Notice of Removal in the State Court of Dekalb County, Georgia advising that the within action has been removed to U.S. District Court.

WHEREFORE, Defendants is now, and was at the time of the commencement of this lawsuit, and at all times, hereby file the within Petition for Removal to this Honorable Court.

This 8th day of June, 2022.

FAIN MAJOR & BRENNAN, P.C.

*/s/ Robyn M. Roth*

One Premier Plaza                                   ROBYN M. ROTH
5605 Glenridge Drive, N.E., Suite 900    Georgia Bar No. 153025
Atlanta, Georgia  30342                        *Counsel for Defendants*
(404) 688-6633
rroth@fainmajor.com

## **CERTIFICATION**

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1C, N.D.Ga.

**FAIN, MAJOR & BRENNAN, P.C.**

BY:   */s/ Robyn M. Roth*
        ROBYN M. ROTH
        Georgia State Bar No.  153025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LEON JOINER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO: _____ |
| BNSDA, INC., UNITED | ) | |
| FINANCIAL CASUALTY | ) | |
| COMPANY, GARCIA UNZUETA | ) | |
| and ABC CORPORATIONS | ) | |
| 1-99, | ) | |
| | ) | |
| Defendants. | | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing **Defendants BNSDA, Inc., United Financial Casualty Company, and Garcia Unzueta's Petition for Removal** with the Clerk of Court using *Odyssey efileGA,* which will automatically send e-mail notification of such filing to all parties of record, as follows:

William Tinkler, Jr., Esq.
William Tinkler, Jr. Attorney at Law, PC
150 East Ponce de Leon Avenue
Suite 200
Decatur, GA 30030
wpt@tinkler.com

This 8th day of June, 2022.

FAIN, MAJOR & BRENNAN, P.C.

- 7 -

/s/ Robyn M. Roth

One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com

ROBYN M. ROTH
Georgia Bar No. 153025
Counsel for Defendants